IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**JAMIE L. TEDFORD,**

      **Plaintiff,**

v.                                                          No. CIV-14-0975 LH/LAM

**ALAMOGORDO SURGERY VENTURES, LLC**
**and CHARLES THOMPSON,**

      **Defendants.**

# ORDER GRANTING IN PART MOTION TO EXTEND DEADLINES

      **THIS MATTER** is before the Court on the parties' joint motion to extend the deadlines in this case [*Doc. 49*], filed March 18, 2016, in which the parties ask the Court to extend certain deadlines until after the scheduled settlement conference on April 7, 2016.  The Court, upon review of the presiding judge's ***Order to Show Cause*** *(Doc. 45)* and Plaintiff's response thereto [*Doc. 50*], has vacated the April 7, 2016 settlement conference, and will reset the settlement conference if and when the issue of whether this Court has jurisdiction to consider Plaintiff's claims is resolved in favor of federal jurisdiction.  *See* [*Doc. 51*].  Therefore, the Court will grant in part the parties' motion to extend their deadlines, and the Court will set a hearing in this case to reset the deadlines once the issue regarding the Court's jurisdiction has been resolved.  The Court is not staying discovery in this case, and the parties may continue to engage in discovery if they so wish.

      **IT IS THEREFORE ORDERED** that the parties' joint motion to extend the deadlines in this case [*Doc. 49*] is **GRANTED in part** and **DENIED in part**.  When the issue regarding

the Court's jurisdiction has been resolved, the Court will set a hearing to reset the deadlines in this case. The parties may continue to engage in discovery if they so wish.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**