IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMIE L. TEDFORD,

        Plaintiff,

vs.                           No. 2:14-CV-975 LH/LAM

ALAMOGORDO SURGERY VENTURES,
LLC; and CHARLES THOMPSON,

        Defendants.

## PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME, Plaintiff Jamie L. Tedford and Defendants Alamogordo Surgery Ventures, LLC and Charles Thompson (herein collectively referred to as the "Parties") and, pursuant to and in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), jointly file this Stipulation of Dismissal With Prejudice effectively dismissing with prejudice any and all claims that were or could have been brought in this action against Defendants.

**DAVIS KELIN LAW FIRM LLC**

By: _/s/ Ben Davis_
    Ben Davis
111 Tulane Drive SE
Albuquerque, NM  87106
Telephone:   (505) 750.8742
Facsimile:    (505) 559.4808

**ATTORNEYS FOR PLAINTIFF**

**SERPE, JONES, ANDREWS,
CALLENDER & BELL, PLLC**

By: _Approved via E-mail on 12/8/2016_
    Randall Jones
    Ryan Clement
America Tower
2929 Allen Parkway, Suite 1600
Houston, Texas 77019
Telephone:   (713) 452.4400

Facsimile:    (713) 453.4499

**ATTORNEYS FOR DEFENDANTS**
**ALAMOGORDO SURGERY VENTURES, LLC**
**and CHARLES THOMPSON**

#734506